IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Karin Lynch,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Pace Global Energy Services, LLC, Siemens Industry, Inc.,<br><br>　　　　　Defendants. | C/A No. 3:15-cv-02513-MGL-SVH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned civil action, by their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of this civil action.  Each party will bear its own costs.

This the 31st day of March 2016.

| FOR THE PLAINTIFF: | FOR THE DEFENDANT SIEMENS INDUSTRY, INC.: |
|---|---|
| HOLLER GARNER CORBETT ORMOND PLANTE & DUNN | LITTLER MENDELSON, P.C. |
| By: /s/J. Charles Ormond, Jr.<br>J. Charles Ormond, Jr.<br>Fed. ID No. 5276<br>cormond@aol.com<br>1777 Bull Street (29201)<br>Post Office Box 11006<br>Columbia, South Carolina  29211<br>Telephone: (803) 765.2968<br>Facsimile:  (803) 252.8290 | By: /s/D. Michael Henthorne<br>D. Michael Henthorne<br>Fed. ID No. 06386<br>mhenthorne@littler.com<br>1201 Main Street, Suite 1930<br>Columbia, South Carolina 29201<br>Telephone: (803) 231.2414<br>Facsimile: (803) 799.9837 |